447 A.2d 652

Commonwealth v. Gibbs, Appellant.

Petition for Allowance of Appeal Denied Aug. 31, 1982.

Argued March 31, 1982 George B. Ditter, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

447 A.2d 653

Commonwealth v. Green, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted May 3, 1982. Benjamin Lerner, Assistant Public Defender, for appellant; Garold Edward Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.